UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 15 AM 9: 57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ YNA _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Ruben CAMACHO-Sanchez,<br><br>　　　　　　Defendant | Magistrate Docket No.<br>**'08 MJ 2525**<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **August 13, 2008** within the Southern District of California, defendant, **Ruben CAMACHO-Sanchez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **AUGUST, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**Ruben CAMACHO-Sanchez**

## PROBABLE CAUSE STATEMENT

On August 13, 2008, Supervisory Border Patrol Agent G. B. Buckelew was performing assigned duties in the Campo Border Patrol Station area of responsibility. At approximately 6:00 p.m., Agent Buckelew responded to a report regarding five possible illegal aliens at the Mountain Market in Pine Valley, California. This area is located approximately 18 miles east of the Tecate, California Port of Entry and approximately 14 miles north of the United States/Mexico International Boundary.

Upon arriving at the location, Agent Buckelew observed five individuals in front of Mountain Market being questioned by a San Diego County Sheriff's Deputy. One of the individuals was later identified as the defendant **Ruben CAMACHO-Sanchez**. Agent Buckelew identified himself as a United States Border Patrol Agent and questioned each individual as to their immigration status. All five individuals admitted to being citizens and nationals of Mexico without immigration documents that would allow them to enter or remain legally. All five were arrested at approximately 6:30 p.m. and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 7, 2008** through **San Ysidro, CA.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. He stated he understood his rights, and was willing to answer questions without an attorney present. The defendant again admitted that he is a citizen and national of Mexico, illegally present in the United States.